UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:
Judy L. Shepard,                                              Case No. 11-52978
        Debtor                                           Chapter 13
                                                         Judge John Hoffman

**NOTICE OF CHANGE OF ADDRESS**

Debtor hereby gives notice of her change of address to:

        Judy L. Shephard
        11017 Lost Lake Drive, Apt. 208
        Naples, Florida 34105-3177

        /s/ Michael T. Gunner
        Michael T. Gunner (0002078)
        Isaac Wiles
        Two MIranova Place, Suite 700
        Columbus, Ohio 43215
        (614) 221-2121
        (614) 365-9516
        mgunner@isaacwiles.com
        Attorney for the Debtor

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Change of Address was served electronically through the Court's ECF system upon all parties registered with the Court for electronic service at the address on file with the Clerk's office:
        Faye English, Chapter 13 Trustee
        United Stets Trustee

And ordinary mail upon the following:

Judy L. Shephard
11017 Lost Lake Drive, Apt. 208
Naples, Florida 34105-3177

This 24th day of May, 2016.

        /s/ Michael T. Gunner
        Michael T. Gunner (0002078)
        Attorney for the Debtor